IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS P. OZUNA,

    Petitioner,

v.

G. ROSENBERG,[1]
Warden, FCI Oxford,

    Respondent.

ORDER

Case No. 24-cv-144-wmc

    This case was transferred from the District of New Hampshire. Petitioner Carlos P. Ozuna seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 12, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 12, 2023 through the date of the petition, February 12, 2024.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Carlos P. Ozuna may have until April 12, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

---

[1] I have amended the case caption to add the name G. Rosenberg, the current warden of Oxford Federal Correctional Institution.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 12, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 15th day of March, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge